**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| GENE E. NEVILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-cv-00188 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 1, 2016, the magistrate judge issued a Report and Recommendation

(Docket No. 16), to which no timely objections have been filed. The Report and

Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law

of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's

Motion for Judgment on the Administrative Record (Docket No. 8) is GRANTED, the decision

of the Social Security Administration is REVERSED, and this matter is remanded for further

administrative proceedings consistent with the Report and Recommendation.

The Clerk shall administratively close this file.

It is so **ORDERED**.

ENTER this 12th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge